MABEL A. LUDLAM, Appellant, *v.* CONNECTICUT TRUST AND SAFE DEPOSIT COMPANY OF HARTFORD, CONNECTICUT et al., Respondents.

*Equity — cancellation — action to set aside a trust deed.*

Ludlam v. Ludlam, 194 App. Div. 411, affirmed.

(Argued January 17, 1922; decided January 31, 1922.)

APPEAL from a judgment, entered February 11, 1921, upon an order of the Appellate Division of the Supreme

Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendants. The action was to set aside a trust deed and to secure the return of the trust property to the maker of the deed. The Appellate Division held that the trust deed was executed by the plaintiff with full knowledge on her part that the trust therein created was irrevocable and with full understanding of its force and effect.

*Hector M. Hitchings* for appellant.

*Otto C. Wierum, Walter R. Herrick* and *Thomas M. Day* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.